AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

UNITED STATES OF AMERICA )
*Plaintiff* )
v. ) Case No.
JOHN TORTORA )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOHN TORTORA .

Date: 08/02/2018

/s/
*Attorney's signature*

MURRAY RICHMAN / MR2425
*Printed name and bar number*

2027 Williamsbridge Road
Bronx, New York 10461
718-892-8588
*Address*

mrichman_mr@msn.com
*E-mail address*

(718) 892-8588
*Telephone number*

(718) 518-0674
*FAX number*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 0 2 2018