AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | | |
|---|---|---|
| United States<br>*Plaintiff*<br>v.<br>John Tortora<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 18 Cr. 537 (SHS) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States .

Date: 08/13/2018

/s/
*Attorney's signature*


Jessica Lonergan
*Printed name and bar number*

U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 10007
*Address*

jessica.lonergan@usdoj.gov
*E-mail address*

(212) 637-1038
*Telephone number*

(212) 637-2387
*FAX number*