UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
UNITED STATES OF AMERICA,

- against -

JOHN TORTORA,

Defendant.
-----------------------------------------------X

18 Cr. 547 (SHS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that NICHOLAS KAIZER, an attorney duly admitted to practice in the Courts of this District in or about February 1988, hereby appears as co-counsel to Murray Richman, Esq., on behalf of JOHN TORTORA, in the above-captioned matter.

Dated: September 28, 2018
New York, New York

Yours, etc.,

[signature]

Nicholas Kaizer
LEVITT & KAIZER
Attorneys at Law
40 Fulton Street, 23rd Floor
New York, N.Y. 10038-5077
Tel. (212) 480-4000
Fax (212) 480-4444
nkaizer@landklaw.com

*Attorneys for Defendant*
*John Tortora*

To: AUSA Jessica Lonergan (by ECF)