

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

February 26, 2019

**BY ECF**

Hon. Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re: **United States v. Tortora**, S1 18 Cr. 537 (SHS)

Dear Judge Stein:

  The Government writes respectfully to advise the Court regarding a medical checkup the defendant John Tortora received on Thursday, February 21, 2019.  As the Court is aware, in a letter to the Court dated February 20, 2019, the Government advised the Court that the Metropolitan Detention Center (MDC) had scheduled the defendant for a medical appointment the following day, on February 21, 2019, to address hip pain.  The Government has contacted the MDC and received a copy of the medical report generated in connection with the defendant's medical visit on February 21, 2019.  According to the report, the defendant was seen at approximately 2:11 p.m.  The defendant appears to have received an examination by a physician, which resulted in two prescriptions for joint pain and a treatment plan that includes physician requests for radiology and orthopedic consultation.  A copy of the medical report has been provided to defense counsel.

                                                  Respectfully submitted,

                                                GEOFFREY S. BERMAN
                                                United States Attorney

                              By:       /s/
                                                Jessica Fender / Anden Chow /
                                                Lauren Schorr
                                                Assistant United States Attorneys
                                                (212) 637-2276 / 2348 / 2299

cc: All Defense Counsel (by E-mail)